# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

| | |
|---|---|
| Date: 7/27/2020 | Case Number   2:18-cr-00057 |

Case Style            USA vs. Bryan Lee Ogle

Type of hearing       Plea Hearing

Before the honorable: 2513-Goodwin

Court Reporter        Lisa Cook                    Courtroom Deputy  Robin Clark

Attorney(s) for the Plaintiff or Government

Jeremy Wolfe

Attorney(s) for the Defendant(s)

Paul Stroebel

Law Clerk             Erica Duff

Probation Officer     Shamika Stockton

## Court Times

| Start Time | Stop Time | Court Time Description |
|---|---|---|
| 9:55 AM | 10:25 AM | Non-Trial Time/Uncontested Time |

Non-Trial Time/Uncontested Time 00:30

## Courtroom Notes

Scheduled Start 10:00 a.m.
Actual Start 9:55 a.m.

Deft present in person and by counsel.
Deft placed under oath.
Deft consents to waive his right to an in-person proceeding.
Court finds Deft competent to go forward.
The deft waives the reading of the Superseding Indictment
Deft pleads guilty.
Court reads statute with which Deft is charged.
Deft advised of elements of offense which gov't would have to prove at trial.
Deft gives account of the offense.
Mr. Wolfe summarizes gov't evidence against deft.
Court finds sufficient factual basis for deft's plea.
Deft advised of the penalties which may apply based upon plea
Deft advised of right to plead not guilty, to remain silent, and to stand trial.
Court finds deft's plea to be voluntary.
Deft executes guilty plea form; same witnessed by counsel and ordered filed.
Court accepts plea and adjudges Deft guilty as to Count One
Sentence set for October 22, 2020 at 2:00 p.m..
Deft remanded pending sentencing.
Court recessed at 10:25 a.m.