IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.                                                   Criminal Action No. 2:18-cr-00057

BRYAN LEE OGLE,

    Defendant.

## WRITTEN PLEA OF GUILTY

In the presence of Paul E. Stroebel, my counsel, who has fully explained the charges contained in the Superseding Indictment against me, and having received a copy of the Superseding Indictment before being called upon to plead, I hereby plead guilty to the charges contained in Count One of the Superseding Indictment.

DATE: 7-27-20

_____
DEFENDANT

WITNESS:

_____
COUNSEL FOR DEFENDANT